IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINH THANH HO, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 13-7534 |
| ALLSTATE INDEMNITY CO., | |
| Defendant. | |

# O R D E R

**AND NOW,** this 7th day of July 2014, upon consideration of the Cross Motions for Partial Summary Judgment filed by Plaintiff, Vinh Thanh Ho ("Plaintiff") (Doc. No. 11) and Defendant, Allstate Indemnity Co. ("Defendant") (Doc. No. 12), it is hereby **ORDERED** that:

1. Plaintiff's Motion is **DENIED**; and

2. Defendant's Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE